IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

vs.                                     CASE NO. **4:05CR00141GH**

CHANGUS BELL                                                                     DEFENDANT

### **ORDER**

On motion of the government, for good cause shown, the Judgment is amended to reflect that the amount subject to forfeiture is $22,865.00.  In all other respects, the Judgment remains unchanged.

IT IS SO ORDERED this 20th day of December, 2006.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE